UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IN RE:

Case No. 9:11-bk-06053-FTM
Chapter 11

WASHINGTON LOOP, LLC,

Debtor(s).
_____/

## WELLS FARGO EQUIPMENT FINANCE, INC.'S VERIFIED MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR ALTERNATIVELY, MOTION FOR ADEQUATE PROTECTION

**COMES NOW**, WELLS FARGO EQUIPMENT FINANCE, INC. ("WELLS FARGO"), and its successors and/or assigns ("Secured Creditor"), by and through its undersigned counsel, moves for Relief from the Automatic Stay or Alternatively, Motion for Adequate Protection and states as follows:

1. The Debtor filed under Chapter 11 of the United States Bankruptcy Code on November 19, 2010.

2. Debtor is in possession of certain equipment pursuant to the following Agreements:

### AGREEMENT #0541087-700

3. On or about November 20, 2008, WASHINGTON LOOP, LLC executed that certain Master Loan and Security Agreement Number 541087-700 in favor of WELLS FARGO EQUIPMENT FINANCE, INC. ("Agreement 700"). A true and correct copy of said Agreement 700, including all attachments, amendments, and schedules are attached hereto and incorporated herein by reference as Composite **Exhibit "A"**(collectively are referred to herein as the "Agreement 700"). As further security under said Agreement 700, Certificate of Title/UCC was filed and is attached hereto and incorporated herein by reference as composite **Exhibit "B"**.

4. WELLS FARGO is the holder of a secured claim by virtue of that certain Agreement 700 and accompanying UCC evidencing WELLS FARGO's security interest in the following equipment:

**ONE (1) KOBELCO MODEL SK480LC EXCAVATOR, S/N YS06-U0326
TOGETHER WITH ALL ACCESSORIES, ATTACHMENTS, PARTS, REPAIRS, ADDITIONS
AND REPLACEMENTS ATTACHED THERETO.**

1

5. The Debtor has breached and defaulted under said Agreement 700 by failing to make the November 26, 2010 payment due thereunder and all subsequent payments.

6. As of the date of filing the petition, the total balance due thereunder was approximately $54,042.58, plus attorney's fees and other contract charges. No post petition payments have been made.

## AGREEMENT #0541087-701

7. On or about January 25, 2009, WASHINGTON LOOP, LLC executed that certain Combination Note and Security Agreement Number 0541087-701 in favor of WELLS FARGO EQUIPMENT FINANCE, INC. ("Agreement 701"). A true and correct copy of said Agreement 701, including all attachments, amendments, and schedules are attached hereto and incorporated herein by reference as Composite **Exhibit "C"** (collectively are referred to herein as the "Agreement 701"). As further security under said Agreement 701, Certificate of Title/UCC was filed and is attached hereto and incorporated herein by reference as composite **Exhibit "D"**.

8. The equipment subject to the Agreement 701 is as follows:

ONE (1) JOHN DEERE 824J LOADER, S/N DW824JX596977
ALL OF THE ABOVE TO INCLUDE ATTACHMENTS, REPLACEMENTS, SUBSTITUTIONS, ADDITIONS AND ACCESSIONS, THEREOF, PLUS THE PROCEEDS OF ALL THE FOREGOING.

9. The Debtor has breached and defaulted under said Agreement 701 by failing to make the December 11, 2010 payment due thereunder and all subsequent payments.

10. As of the date of filing the petition, the total balance due thereunder was approximately $94,587.59, plus attorney's fees and other contract charges. No post petition payments have been made.

## COMMON ALLEGATIONS

11. WELLS FARGO realleges all previous paragraphs herein.

12. WELLS FARGO is holder of secured claims by virtue of the aforementioned AGREEMENTS #0541087-700, and #0541087-701.

13. The Debtor is in material breach and default of each of the above referenced AGREEMENTS due to non-payment and other conduct of the Debtor in violation of the terms of said

Agreements, and the Debtor continues to use the equipment subject thereto, subjecting it/them to continued wear, tear and depreciation. Additionally, the Agreements are subject to cross default provisions.

14. WELLS FARGO does not have adequate protection for its interest in said equipment. Movant has not been offered, nor has it received adequate protection for its interest in the subject collateral.

15. WELLS FARGO alleges that debtor has no equity interest in the subject equipment and that the equipment is not necessary to an effective reorganization of the Debtor.

16. WELLS FARGO has been unable to inspect its collateral and verify its condition as provided in the said Loans, including insurance thereon.

17. Accordingly, good cause exists to terminate the automatic stay imposed under Section 362(a) and 362(d)(1) of the Bankruptcy Code so as to allow WELLS FARGO to enforce *in rem* its security interest in the Collateral. Continuation of the automatic stay under 11 U.S.C. section 362 also will cause real and irreparable harm to WELLS FARGO.

WHEREFORE, WELLS FARGO, request that this Court grant it relief from stay, and further requests that this stay, pursuant to 11 U.S.C. §362, be modified to permit it to take possession of the property referred above, or that WELLS FARGO be granted adequate protection for its interest in the property which is the subject of this Motion.

> RONALD M. EMANUEL, P.A.
> 8751 West Broward Blvd., Suite 100
> Plantation, FL 33324
> (954) 472-7500
> (954) 472-2222 (facsimile)
> By: /s/ Ronald M. Emanuel
>     Ronald M. Emanuel, Esquire
>     Florida Bar. No.: 0746932

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Relief from Stay, or Alternatively, Motion for Adequate Protection has been filed using CM/ECF on this __12th__ day of April, 2011. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list, either via transmission of Notices of Electronic Filing

3

generated by CM/ECF or by first class U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald M. Emanuel
RONALD M. EMANUEL

**SERVICE LIST**

Washington Loop, LLC
37894 Washington Loop Road
Punta Gorda, FL 33055

Attorney for Debtor
Joel S. Treuhaft
2997 Alternate 19, Ste B
Palm Harbor, FL 33602

Attorney for Trustee
J. Steven Wilkes
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602

U.S. Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

## VERIFICATION

I, Christi Hohensee, of Wells Fargo Equipment Finance, Inc., ("Wells Fargo") deposes and says:

1. I am a loan adjustor at Wells Fargo, and I am authorized to execute this Verification on behalf thereof. I am also over the age of eighteen (18).

2. I have read the foregoing Verified Motion For Relief From Stay (" Motion") in this matter, and I have personal knowledge of the facts set forth therein, or of these facts as they appear in the business records, reports, memoranda and data compilations of Wells Fargo made at or near the time of the events described by, or from information transmitted by, a person or persons with knowledge of the events described whose regular practice it was to make and keep such records in the ordinary course of the regularly conducted business activities of Wells Fargo; that I am one of the persons with custody of such records; that I am familiar with the methods and preparation and identity of such records; that I routinely rely on such records in the usual course of my business and the business of Wells Fargo;

3. The facts as set forth in said Motion are true and correct.

4. The default(s) by the debtor as alleged and set forth in said Motion continues to exist as of the date of this Verification.

_____
Christi Hohensee
As: Loan Adjustor

STATE OF ARIZONA )
                              ss:
COUNTY OF Maricopa

BEFORE ME, the undersigned authority, duly qualified and authorized to administer oaths in the State of Arizona, personally appeared Christi Hohensee, who having been first duly sworn, deposes and says that the statements set forth in the foregoing are true. She is personally known to me or has produced Known as identification.

SWORN TO AND SUBSCRIBED before me this 10th day of March, 2011, in Maricopa County, Arizona.

_____
NOTARY PUBLIC, STATE OF ARIZONA

My Commission Expires: 4/30/12

OFFICIAL SEAL
ERIN YOWS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires April 30, 2012

5