# United States Bankruptcy Court
## Middle District of Florida

In re    **Washington Loop, LLC, a Limited Liability Company**       Case No. ___9:11-bk-06053___

Debtor

Chapter _____11_____

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 45,000,000.00 | | |
| B - Personal Property | Yes | 4 | 98,259.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 17,653,753.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 3,186.11 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 2,046,754.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 45,098,259.00 | | |
| Total Liabilities | | | | 19,703,694.05 | |

# United States Bankruptcy Court
## Middle District of Florida

In re **Washington Loop, LLC, a Limited Liability Company**

Debtor

Case No. **9:11-bk-06053**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     **Washington Loop, LLC, a Limited Liability Company**         Case No.    **9:11-bk-06053**
_____,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1**___ continuation sheets attached

In re    **Washington Loop, LLC, a Limited Liability Company**            Case No.   **9:11-bk-06053**
                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | |
| **Florida Department of Revenu 5050 W. Tennessee St. Tallahassee, FL 32399-0125** | - | | | | | | | 0.00 |
| | | | | | | | 3,186.11 | 3,186.11 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,186.11 | 0.00 / 3,186.11 |
| Total (Report on Summary of Schedules) | 3,186.11 | 0.00 / 3,186.11 |

B6F (Official Form 6F) (12/07)

In re    **Washington Loop, LLC, a Limited Liability Company**                                    Case No. __**9:11-bk-06053**__
_____,
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABC Fire Equipment Corp**<br>**5370 Jaeger Rd.**<br>**Naples, FL 34109** | - | | | | | | 0.00 |
| Account No.<br><br>**Allied Engineering & Testing**<br>**5850 Corporation Circle**<br>**Fort Myers, FL 33905** | - | | | | | | 2,705.00 |
| Account No.<br><br>**ASAP**<br>**5377 McIntosh Road**<br>**Sarasota, FL 34233** | - | | | | | | 24,780.12 |
| Account No.<br><br>**Aspen Publishers, Inc.**<br>**4829 Innovation Way**<br>**Chicago, IL 60682** | - | | | | | | 138.46 |
| __9__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 27,623.58 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    S/N:32149-110412   Best Case Bankruptcy

In re   **Washington Loop, LLC, a Limited Liability Company**      Case No.   **9:11-bk-06053**

                                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No.** **Barclay Consulting** **91 Vivante** **Punta Gorda, FL 33950** | | - | | | | | | 27,360.24 |
| **Account No.** **Becker & Poliakoff** **Six Mile Corporate Park** **12140 Carissa Commerce Ct.** **Suite 200** **Fort Myers, FL 33966** | | - | | | | | | 128,924.01 |
| **Account No.** **Benchmark EnviroAnalytical** **1711 12th Street East** **Palmetto, FL 34221** | | - | | | | | | 70.00 |
| **Account No.** **Bermont Partners** **1133 Bal Harbor Blvd.** **Punta Gorda, FL 33950** | | - | | | | | | 24,887.20 |
| **Account No.** **Berntsson Ittersagen et al** **8401 Murdoc Circle, Ste C** **Port Charlotte, FL 33948** | | - | | | | | | 13,614.80 |

Sheet no. __1__ of __9__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)        194,856.25

In re    **Washington Loop, LLC, a Limited Liability Company**          Case No.   **9:11-bk-06053**

                                                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bills Bottled Water Service**<br>**P.O. Box 494527**<br>**Port Charlotte, FL 33949-4527** | | - | | | | | | 0.00 |
| Account No.<br><br>**Blue Goose Growers**<br>**P.O. Box 14709**<br>**16050 West Orange Ave.**<br>**Fort Pierce, FL 34979-4709** | | - | | | | | | 2,340.00 |
| Account No.<br><br>**Boulevard Tire Center**<br>**5178 Duncan Road**<br>**Punta Gorda, FL 33982** | | - | | | | | | 1,504.54 |
| Account No.<br><br>**Bridgefield Employers Ins Co**<br>**P.O. Drawer 988**<br>**Lakeland, FL 33802-0988** | | - | | | | | | 2,186.64 |
| Account No.<br><br>**Cardmember Service**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | | - | | | | | | 15,825.24 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **21,856.42**

In re    **Washington Loop, LLC, a Limited Liability Company**                    Case No. ___9:11-bk-06053___
_____ ,
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Century Link Business <br> P.O. Box 4065 <br> Monroe, LA 71211 | - | | | | | | 784.24 |
| Account No. <br><br> Cred Leasing Corp of Florida <br> P.O. Box 116 <br> Boynton Beach, FL 33425-0116 | - | | | | | | 7,422.03 |
| Account No. <br><br> Crosland Joiner et al <br> 4161 Tamiami Trail, #501 <br> Port Charlotte, FL 33952 | - | | | | | | 150.00 |
| Account No. <br><br> First Central Mortgage Funding, Inc. <br> c/o David K. Oaks, Esq. <br> 407 E. Marion Ave., Ste 101 <br> Punta Gorda, FL 33950 | - | | | | | X | Unknown |
| Account No. <br><br> Florida Power and Lights <br> P.O. Box 025576 <br> Miami, FL 33102 | - | | | | | | 780.28 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **9,136.55**

In re      **Washington Loop, LLC, a Limited Liability Company**                    Case No.   **9:11-bk-06053**
_____,
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Gator Petroleum<br>525 Nesbit Street<br>Punta Gorda, FL 33950 | - | | | | | | | 0.00 |
| Account No.<br><br>GCR Tire Center<br>4741 Laredo Ave.<br>Fort Myers, FL 33905 | - | | | | | | | 835.34 |
| Account No.<br><br>Gillott Appraisal Services<br>3136 Windmoor Drive N.<br>Palm Harbor, FL 34685 | - | | | | | | | 2,500.00 |
| Account No.<br><br>J H Williams Oil Co.<br>P.O. Box 439<br>Tampa, FL 33601 | - | | | | | | | 14,012.45 |
| Account No.<br><br>J W Craft, Inc.<br>4329 Enterprise Ave.<br>Naples, FL 34104 | - | | | | | | | 3,918.69 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          21,266.48

In re   **Washington Loop, LLC, a Limited Liability Company**            Case No.  **9:11-bk-06053**

                                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jennifer Hutchens<br>c/o David K. Oaks, Esq.<br>407 E. Marion Ave., Ste 101<br>Punta Gorda, FL 33950 | - | | | | | X | Unknown |
| Account No.<br><br>Kelly Tractor<br>P.O. Box 918579<br>Orlando, FL 32891 | - | | | | | | 13,943.94 |
| Account No.<br><br>Lorenzo Tires & Repair Serv<br>1946 VeronicaS Shoemaker Blv<br>Fort Myers, FL 33916 | - | | | | | | 4,717.41 |
| Account No.<br><br>Mary Smith<br>5201 Point Road<br>Englewood, FL 34223 | - | | | | | | 500,000.00 |
| Account No.<br><br>Michael Chiantella, Esq.<br>209 Nassau Street S.<br>Suite 101<br>Venice, FL 34285 | - | | | | | X | Unknown |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal<br>(Total of this page)    **518,661.35**

In re    **Washington Loop, LLC, a Limited Liability Company**                     Case No.  **9:11-bk-06053**
_____ ,
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mike Trewergy Farr Law, Atn Gary Kahle 99 Nesbit Street Punta Gorda, FL 33950 | - | | | | | X | | 225,000.00 |
| Account No. | | | | | | | | |
| Norman Yatooma & Assoc. 219 Elm St. Birmingham, MI 48009 | - | | | | | | | 3,494.86 |
| Account No. | | | | | | | | |
| Nortrax, John Deere Robert M Coplen PA 10225 Ulmerton Rd, Ste. 5A Largo, FL 33771 | - | | | | | | | 13,453.00 |
| Account No. | | | | | | | | |
| Progressive Business Publica 370 Technology Drive P.O. Box 3019 Malvern, PA 19355 | - | | | | | | | 94.56 |
| Account No. | | | | | | | | |
| Robinson Engineering P.O. Box 5269 1410 N. Cullen Ave. Evansville, IN 47716-5269 | - | | | | | | | 650,000.00 |

Sheet no. **6** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    892,042.42

In re     **Washington Loop, LLC, a Limited Liability Company**                    Case No. **9:11-bk-06053**
                                                                        ,
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ronnies Mobile Repair** <br>**P.O. Box 511041** <br>**Punta Gorda, FL 33951** | | - | | | | | 4,733.77 |
| Account No. <br><br>**RSC Equipment Rental** <br>**P.O. Box 840514** <br>**Dallas, TX 75284** | | - | | | | | 6,679.03 |
| Account No. <br><br>**Sandy Hutchens** <br>**c/o David K. Oaks, Esq.** <br>**407 E. Marion Ave., Ste 101** <br>**Punta Gorda, FL 33950** | | - | | | | X | Unknown |
| Account No. <br><br>**Sunbelt Rentals** <br>**P.O. Box 409211** <br>**Atlanta, GA 30384-9211** | | - | | | | | 4,564.76 |
| Account No. <br><br>**Sunray Construction Notices** <br>**2229 Soundings Court West** <br>**West Palm Beach, FL 33413** | | - | | | | | 197.17 |

Sheet no. **7** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,174.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washington Loop, LLC, a Limited Liability Company**    Case No. **9:11-bk-06053**
_____,
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ursine Capital LLC<br>c/o Michael Chiantella<br>209 Nassau St. S., Ste. 101<br>Venice, FL 34285 | - | | | | | | 250,000.00 |
| Account No.<br><br>Vickie L Potts<br>18500 Murdock Circle<br>Port Charlotte, FL 33948 | - | | | | | | 83,889.88 |
| Account No.<br><br>Waste Management<br>Charlotte County<br>P.O. Box 105453<br>Atlanta, GA 30348-5453 | - | | | | | | 1,032.21 |
| Account No.<br><br>Wilkins Frohlich, PA<br>18501 Murdock Cr., 6th Fl<br>Port Charlotte, FL 33945-1039 | - | | | | | | 2,604.63 |
| Account No.<br><br>Wilson Miller, Inc.<br>P.O. Box 409756<br>Atlanta, GA 30384-9756 | - | | | | | | 7,320.16 |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **344,846.88**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **Washington Loop, LLC, a Limited Liability Company**                    Case No. __9:11-bk-06053__
_____,
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. _____ <br><br> **Wolters Kluwer Law** <br> **4829 Innovation Way** <br> **Chicago, IL 60682-0048** | | - | | | | | | 289.77 |
| Account No. _____ | | | | | | | | |
| Account No. _____ | | | | | | | | |
| Account No. _____ | | | | | | | | |
| Account No. _____ | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 289.77 |
| Total <br> (Report on Summary of Schedules) | 2,046,754.43 |