# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

IN RE:

Washington Loop, LLC,   Case No. 9:11-bk-06053-FTM
　　　　　　　　　　　　　　Chapter: 11

　　　　Debtor.
_____/

### RESPONSE TO WELLS FARGO EQUIPMENT FINANCE INC.'S VERIFIED MOTION FOR RELIEF FROM AUTOMATIC STAY, OR ALTERNATIVELY MOTION FOR ADEQUATE PROTECTION

Debtor, by its undersigned attorney, hereby files this its Response to Wells Fargo Equipment Finance Inc.'s ("Wells Fargo") Verified Motion for Relief from Automatic Stay, or Alternatively Motion for Adequate Protection, and in support thereof, state as follows:

1. Admitted in part, Denied in Part. Denied that the present case was filed on November 19, 2010.

2. Admitted.

3. Admitted.

4. Admitted.

5. Without knowledge, therefore denied.

6. Without knowledge, therefore denied.

7. Admitted.

8. Admitted.

9. Without knowledge, therefore denied.

10. Without knowledge, therefore denied.

11. Debtor re-alleges all previous responses as if fully re-written herein.

12. Admitted.

13. Admitted in part, denied in part.

14. Denied.

15. Denied.

16. Denied. Wells Fargo has not sought permission to inspect the subject property, and the debtor has never denied Wells Fargo the right to inspect its collateral upon reasonable notice.

17. Denied.

18. The Debtor offers adequate protection by providing proof of insurance on the Wells Fargo collateral, allowing Wells Fargo to inspect its collateral upon reasonable notice, and by either: a) making contact payments, commencing with the June 2011 payments; or b) the Debtor may choose to file a Motion to Determine Secured Status of Wells Fargo on or before June 1, 2011 and to pay the adequate protection based upon the Debtor's proposed valuation, pending further Court Order.

Wherefore, the Debtor respectfully requests that this Court enter an Order denying the Verified Motion of Wells Fargo for Relief from Stay, granting its Motion for Adequate Protection, providing Wells Fargo adequate protectionas set forth herein, and for any other relief in law or equity as justice may require.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the forgoing has been sent by the ECF Electronic Notification system, Facsimile, Electronic Mail, Hand Delivery or First Class U.S. Mail, postage prepaid this May 5, 2011 to: Ronald M. Emanuel, Esq. RONALD M. EMANUEL, P.A. 8751 West Broward Blvd., Suite 100, Plantation, FL 33324.

/s/ Joel S. Treuhaft
Joel S. Treuhaft, Esq.
2997 Alternate 19, Suite B
Palm Harbor, Florida 34683
(727) 797-7799
Facsimile: (727) 213-6933
FBN: 516929

J:\PHLG\Clients\Washington Loop, LLC\20110504.Response Tp Motion For Relief From Automatic Stay.001.wpd     Page 3 of 3