# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IN RE:

Washington Loop, LLC,            Case No. 9:11-bk-06053-FTM
                                            Chapter: 11

    Debtor.
_____/

## MOTION TO EXTEND TIME TO FILE PLAN AND DISCLOSURE STATEMENT

1. On or about March 31, 2011, the Debtor filed its Voluntary Petition for relief under Chapter 11.

2. The Debtor's Plan and Disclosure Statement were due to be filed on or before June 30, 2011.

3. Due to the voluminous size of the proposed Disclosure Statement and Plan, the Debtor and its counsel are in need of additional time within which to edit and file the Disclosure Statement and Plan in this case.

4. The undersigned requests that the deadline to file the Disclosure Statement and Plan of Reorganization be extended until July 5, 2011.

**Wherefore**, The Debtor respectfully requests that this Court enter an Order extending the Deadline to file a Disclosure Statement and Plan of Reorganization until July 5, 2011, and for any other relief in law or equity as justice may require.

                                                      /s/ Joel S. Treuhaft
                                                      Joel S. Treuhaft, Esq.
                                                      2997 Alternate 19, Suite B
                                                      Palm Harbor, Florida 34683
                                                      (727) 797-7799
                                                      Facsimile: (727) 213-6933
                                                      FBN: 516929