UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

**WASHINGTON LOOP, LLC**               Case No. 9:11-BK-06053-BSS
                                        Chapter 11
**Debtor**

## MOTION PURSUANT TO 11 U.S.C. § 1112 TO CONVERT CASE TO ONE UNDER CHAPTER 7

Comes now ROBI1956, LLC ("ROBI"), by counsel and moves this Court for an Order Converting this case to one under Chapter 7, and in support thereof would show unto the Court as follows:

1. On even date therewith, ROBI has filed its Motion to Dismiss Proceeding with Finding Pursuant to 11 U.S.C. §109(g) that Debtor May Not Refile for a Period of 180 Days Because Debtor has Willfully Failed to Abide by Prior Orders of this Court [Docket No. 62] (the "Dismissal Motion").

2. In the event that the Court herein does not grant the Dismissal Motion, the grounds as recited in the Dismissal Motion also constitute cause to convert this case to one under Chapter 7.

**WHEREFORE,** ROBI hereby prays that in the event that this Court does not Order this case dismissed, that it be converted to a proceeding under Chapter 7.

/s/ Andrew C. Ozete
Andrew C. Ozete    Indiana Bar #19512-82
BAMBERGER, FOREMAN, OSWALD & HAHN, LLP
20 NW Fourth Street, Suite 708
Post Office Box 657
Evansville, IN 47704-0657
Telephone: 812/425-1591
ATTORNEYS FOR CREDITOR, ROBI1956, LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following parties:

Washington Loop, LLC, 37894
Washington Loop Road
Punta Gorda, FL 33955
*(Debtor)*

Joel S. Treuhaft, Esq.
2997 Alternate 19, Suite B
Palm Harbor, FL 34683
*(Attorney for Debtor)*

Donald F. Walton, U.S. Trustee,
Region 21 Steven Wilkes, Esq.
U.S. Department of Justice
Office of the U.S. Trustee, Region 21
501 E. Polk Street, Suite 1200
Tampa, FL 33602
*(Trustee)*

Scott Stigall, Esq.
Barnett, Bolt, Kirkwood & Long
601 Bayshore Blvd., Suite 700
Tampa, FL 33606
*(Attorney for J.H. Williams Oil Company, Inc.)*

Roger H. Miller, III, Esq.
The Farr Firm
99 Nesbit Street
Punta Gorda, FL 33950
*(Attorney for South Loop, LLC, Brad Bishop and Mike Trewergy)*

Lisa M. Castellano, Esq.
Becker & Poliakoff
311 Park Place Blvd., Suite 250
Clearwater, FL 33759-3977
*(Attorney for Becker & Poliakoff)*

Ronald M. Emanuel, Esq.
8751 West Broward Blvd., Suite 100
Plantation, FL 33324
*(Attorney for Wells Fargo Equipment Finance, Inc.)*

Jeffrey W. Leasure, Esq.
PO Box 61169
Fort Myers, FL 33906-1169
*(Attorney for Mirror Lakes V, LLC)*

via CM/ECF and/or U.S. Mail, this 6th day of July, 2011