# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IN RE:

Washington Loop, LLC,                  Case No. 9:11-bk-06053-BSS
                                                          Chapter: 11

     Debtor.
_____/

## ORDER ON APPLICATION TO EMPLOY ATTORNEY

THIS CAUSE came before the Court on May 5, 2011, upon the Debtor's Application to Employ Attorney (Doc 24). The application requests authority to employ and appoint Joel S. Treuhaft, Esquire and the law firm of Palm Harbor Law Group, P.A. to represent the Debtor. It appears that this Court is satisfied that the above-named counsel represents no adverse interest to the estate on the matters upon which counsel is to be engaged. The employment is necessary and would be in the best interest of the estate and the case is one justifying the employment of said counsel under a general retainer. It further appears that Palm Harbor Law Group, P.A. is duly authorized to practice before this Court and therefore the application to employ should be approved. Accordingly, it is

**ORDERED ADJUDGED AND DECREED** that the Debtor is hereby authorized to employ and appoint Joel S. Treuhaft, Esquire and law firm of Palm Harbor Law Group, P.A. as its counsel under a general retainer and to pay counsel a reasonable fee upon application to and order by this Court.

**DONE AND ORDERED** at Tampa, Florida, on July 27, 2011

_____
Michael G. Williamson
United States Bankruptcy Judge

copies to:
Joel S. Treuhaft, Esq., 2997 Alternate 19, Suite B, Palm Harbor, FL 34683
U.S. Trustee, J. Steven Wilkes, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
Washington Loop, LLC, 37894 Washington Loop Road, Punta Gorda, FL 33955