# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:

Washington Loop, LLC,  Case No. 9:11-bk-06053-BSS
 Chapter: 11
    Debtor.
_____/

## ORDER ON U.S. TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE

THIS CASE came before the Court on May 5, 2011, upon the United States Trustee's Motion to Dismiss Chapter 11 Case, or in the Alternative Motion to Convert Case to Chapter 7 (Doc. 4) ) The Court considered the Motion, heard argument of counsel, along with the record, and being otherwise fully advised in the premises, finds for the reasons stated and recorded in open court which constitutes the ruling of the Court, that the Motion is denied. Accordingly, it is

**ORDERED ADJUDGED AND DECREED** as follows:

1. The United States Trustee's Motion to Dismiss Chapter 11 Case, or in the Alternative Motion to Convert Case to Chapter 7 (Doc. 4) is hereby denied without prejudice.

**DONE AND ORDERED** at Ft. Myers, Florida, this July 27, 2011.

_/s/ M.G. Williamson_
Michael G. Williamson
United States Bankruptcy Judge

copies to:
Joel S. Treuhaft, Esq., 2997 Alternate 19, Suite B, Palm Harbor, FL 34683
U.S. Trustee, J. Steven Wilkes, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
Washington Loop, LLC, 37894 Washington Loop Road, Punta Gorda, FL 33955