UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:  Case No. 9:11-bk-06053-JPH
 Chapter 11
Washington Loop, LLC,

    Debtor.
_____/

**ORDER ON DEBTOR'S EMERGENCY MOTION
<u>FOR AUTHORITY TO USE CASH COLLATERAL</u>
(Doc. No. 23)**

    THIS CASE came before the Court on May 5, 2011 on the Debtor's Emergency Motion for Authority to Use Cash Collateral and Request for Emergency Preliminary Hearing (Doc. No. 23) (the "Motion"). In its Motion, the Debtor seeks to use ROBI1956, LLC's ("ROBI") cash collateral. The Debtor attached to its Motion exhibits evidencing ROBI's security interest and specifically served a copy of its Motion on ROBI. ROBI objected to the Debtor using its cash collateral (Doc. No. 44)

    At the May 5 hearing, the Debtor advised the Court that it was seeking to use Liberty Bank's cash collateral rather than ROBI Bank's cash collateral. As a consequence, the Court sustained ROBI's objection and disallowed the Debtor's use of ROBI's cash collateral. But the Court orally ruled that the Debtor was entitled to use Liberty Bank's cash collateral based on the Debtor's representation that it sought that relief in its Motion.

    The Debtor's Motion, however, does not mention Liberty Bank. Nor does it seek authority to use Liberty Bank's cash collateral. Liberty Bank was not listed among the specific individuals or entities identified in the Debtor's certificate of service, although Liberty Bank was included on the creditor matrix (and presumably received a copy of the Motion by mail). Nothing in the Debtor's Motion would have put Liberty Bank on notice that the Debtor was seeking to

use its cash collateral. Liberty Bank did not respond to or appear at the May 5 hearing on the Debtor's Motion.

Accordingly, it is

**ORDERED** that the Debtor's Motion is DENIED without prejudice. The Debtor can file a new motion to use Liberty Bank's cash collateral. But any new motion for authority to use cash collateral must, among other things, specifically identify and be served on the entity whose cash collateral the Debtor seeks to use.

**DONE** and **ORDERED** in Chambers at Fort Myers, Florida, on August 12, 2011.

Jeffery P. Hopkins
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.