# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IN RE:   WASHINGTON LOOP, L.L.C.,            Case No.  9:11-bk-06053-FTM
         DEBTOR(S)                            Chapter   11
--------------------------------------/

## UNITED STATES TRUSTEE'S
## MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7

Don Walton, the United States Trustee for Region 21, hereby respectfully moves this Honorable Court, pursuant to Section 1112(b), title 11, United States Code, to convert the case to chapter 7 for cause, as it appears to be in the best interests of the creditors. In support of the motion, the U.S. Trustee states as follows:

1. The Chapter 11 bankruptcy petition was filed on March 31, 2011.

2. The Debtor In Possession was dismissed from a prior chapter 11 case, 9:10-bk-27981-FTM by order of this Honorable Court entered on March 17, 2011.

3. The Debtor In Possession, by and through its managing member, Ms. Lovina Jean Lehr, has filed operating reports as required under the Bankruptcy Code and Rules.

4. There is no order authorizing the payment or reimbursement of insiders. *See* Admin. Order, (Doc. No. 12).

5. There is neither an application to employ an accountant nor an order authorizing the employment of an accountant under Section 327. Likewise, there is neither an application to pay an accountant nor an order authorizing any payment(s) to an accountant under either Section 330 or Section 331.

6. Ms. Lehr, issued the following checks payable from the Debtor In Possession Account unto herself:

    a.     $868.00     April 14, 2011;

    b.     $1,563.49     May 16, 2011;

    c.     $1,490.00     June 3, 2011;

    d.     $1,963.00     June 1, 2011; and

    e.     $2,000.00     June 17, 2011.

7. Ms. Lehr, issued the following checks made payable from the Debtor In Possession Account unto Barclay Consulting:

    a.     $2,500     April 18, 2011;

    b.     $2,038.46     April 28, 2011;

    c.     $2,038.46     May 17, 2011;

    d.     $2,538.40     June 17, 2011;

    e.     $687.30     June 17, 2011;

    f.     $2,538.40     June 23, 2011; and

    g.     $2,538.46     July 1, 2011.

8. Ms. Lehr, issued the following checks made payable from the Debtor In Possession Account unto Charles & Company:

    a.     $540.00     April 1, 2011;

    b.     $750.00     April 15, 2011;

    c.     $557.50     May 6, 2011;

    d.     $450.00     May 13, 2011;

  e.  $348.30  June 10, 2011; and

  f.  $375.00  July 1, 2011.

9. None of the foregoing post-petition payments to insiders or professionals were authorized.

10. Further, Ms. Lehr is a Debtor in her own individual chapter 11 case. *See In re Lehr*, 9:11-bk-13786-JPH.

11. In her individual chapter 11 case, Ms. Lehr filed her schedule of assets and liabilities and statement of financial affairs on August 30, 2011. *See* (Doc. Nos. 36 and 37).

  a. Ms. Lehr declares on her Schedule B, Lines 13 and 14 that she, by omission, has no ownership interests in Barclary Consulting;

  b. In her statement of financial affairs, Ms. Lehr declares that the operations of Barclay Consulting is closed; and however,

  c. The Florida Secretary of State information provides that Ms. Lehr is the managing member of Barclay Consulting and that the other member is Mr. Michael Beaudion;

  d. Upon information and belief, the Mr. Michael Beaudion on the Florida Secretary of State information is Mr. Michael Beaudoin. Mr. Michael Beaudoin is not only an owner in this instant Debtor, he is also a debtor in his own chapter 11 case. *See In re Michael Beaudoin*, 9:11-bk-13784-JPH. The address of the Debtor, Michael Beaudoin is the same address of Mr. Michael Beaudion.; and

  e. Mr. Michael Beaudoin declares by omission on his schedule of assets and liabilities as well as his statement of financial affairs to having no interests or holding no positions in Barclay Consulting.

**WHEREFORE PREMISES CONSIDERED**, the United States Trustee respectfully prays that this Honorable Court enter an order granting the Motion to Convert for failure to comply with the requirements of the Bankruptcy Code and Rules, whichever is in the best interests of the creditors and the bankruptcy estate, and further prays that the U.S. Trustee be granted such further an additional relief as this Honorable Court deems proper.

Dated: 13 September 2011

                Respectfully submitted,

                DONALD F. WALTON
                U. S. TRUSTEE, REGION 21

By: /s/ J. Steven Wilkes, (Ala. Bar. WIL-278)
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee, Region 21
    501 E. Polk Street, Suite 1200
    Tampa, Florida 33602
    (813) 228-2000 / fax (813) 228-2303
    steven.wilkes@usdoj.gov

### CERTIFICATE OF SERVICE

I do HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been served electronically or by United States mail, postage prepaid, to the following on or before 14 September 2011:

Electronic Mail: Joel S Treuhaft; Debtor's Counsel
        Steven Berman; Debtor's Proposed Counsel

Washington Loop, L.L.C.
37894 Washington Loop Road
Punta Gorda, FL 33955

                /s/ J. Steven Wilkes