EXHIBIT A

Washington Loop, LLC

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Expenses:** | **March** | **April** | **May** | **June** | **July** | **August** | | **TOTALS** |
| 2 | Wilson Miller, Inc. | $826.25 | | | | | | | $826.25 |
| 3 | John Sheldon | $1,706.08 | $2,304.52 | $1,517.02 | $1,452.36 | $1,133.31 | | | $8,113.29 |
| 4 | John L. Robinson | $1,689.64 | $2,247.72 | $1,181.71 | $1,135.91 | $786.11 | $1,847.94 | | $8,889.03 |
| 5 | Jannis Falkenstern | $254.89 | $736.96 | $431.58 | $1,009.75 | $450.48 | $1,109.61 | | $3,993.27 |
| 6 | LOVINA LEHR | $3,000.00 | $868.00 | $3,053.49 | $3,963.00 | $599.30 | $1,501.00 | | $12,984.79 |
| 7 | Gator Petroleum | $5,450.00 | $13,823.47 | $8,262.94 | | | | | $27,536.41 |
| 8 | SunTrust Bank | $62.00 | $38.00 | $120.00 | $150.00 | $123.98 | $20.88 | | $514.86 |
| 9 | Lynn Ramsey, attorney | $3,000.00 | | | | | | | $3,000.00 |
| 10 | Charlotte Cnty Board . . . | $2,500.00 | | | | | | | $2,500.00 |
| 11 | Ronnie Mobile Repair | $2,144.89 | | | | | | | $2,144.89 |
| 12 | Cardmember Services | $702.00 | | | | | | | $702.00 |
| 13 | Charles & Company | $459.00 | $750.00 | $1,437.50 | $770.79 | $825.00 | $990.00 | | $5,232.29 |
| 14 | Joel Tolbiegh, attorney | $9,000.00 | | | | | | | $9,000.00 |
| 15 | Bermont Partners | $8,000.00 | | | | $5,850.00 | $1,100.00 | | $14,950.00 |
| 16 | Bill's bottled | $162.00 | | | | $98.00 | $98.00 | | $358.00 |
| 17 | Barclay Consulting | $3,852.00 | $4,538.46 | $2,038.46 | $5,764.16 | | $2,538.46 | | $18,731.54 |
| 18 | IRS USA Tax | $1,881.81 | $470.48 | | | | | | $2,352.29 |
| 19 | FDOR | $1,499.29 | $53.24 | | | | | | $1,552.53 |
| 20 | Office of US Trustee | $325.00 | | | | | | | $325.00 |
| 21 | Centurylink | $258.96 | | | $488.95 | $264.40 | $263.63 | | $1,275.94 |
| 22 | ABC Fire Corp | | $149.80 | | | | | | $149.80 |
| 23 | Joe Auto & Truck Repair | | $3,869.60 | | | | | | $3,869.60 |
| 24 | Deluxe Check Order | | | $476.33 | | | | | $476.33 |
| 25 | FDACS | | | | $400.00 | | | | $400.00 |
| 26 | Massssen Oil | | | | $1,755.81 | $1,959.52 | $2,780.83 | | $6,496.16 |
| 27 | US Treasury (941) | | | | $2,232.22 | | | | $2,232.22 |
| 28 | Hull & Company | | | | $99.69 | | $109.69 | | $209.38 |
| 29 | Wells Fargo Equipment | | | | $8,651.66 | | | | $8,651.66 |
| 30 | David Sloat | | | | | $1,232.77 | $1,519.11 | | $2,751.88 |
| 31 | Richard Dees | | | | | $27.71 | $1,013.97 | | $1,041.68 |
| 32 | Dallas Bollinger | | | | | $382.87 | $1,592.80 | | $1,975.67 |
| 33 | FPL | | | | | $323.63 | $146.85 | | $470.48 |

Washington Loop, LLC

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Cash (Petty Cash) | | | | | $1,250.00 | | | $1,250.00 |
| 35 | Lawrence Tomlinson | | | | | | $486.49 | | $486.49 |
| 36 | Quality Starter & Alt S | | | | | | $325.65 | | $325.65 |
| 37 | ??Suspense - Debit to account | | | | | | $872.50 | | $872.50 |
| 38 | After Hours Welding | | | | | | $312.00 | | $312.00 |
| 39 | Linder Industrial Machine | | | | | | $1,057.69 | | $1,057.69 |
| 40 | Power Radiator, Inc. | | | | | | $120.88 | | $120.88 |

Washington Loop, LLC

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Accounts Receivable** | **Pre-petition a/r** | **$28,133.18** | | |
| 2 | | 3/1/11 to 3/31/11 | $38,719.26 | Petition date was 3/31/11 | |
| 3 | | 4/1/11 to 4/30/11 | $26,473.59 | | |
| 4 | | 5/1/11 to 5/31/11 | $30,194.78 | | |
| 5 | | 6/1/11 to 6/30/11 | $34,987.69 | | |
| 6 | | 7/1/11 to 7/31/11 | $26,395.49 | | |
| 7 | | 8/1/11 to 8/31/11 | $23,657.44 | | |
| 8 | | | | | |
| 9 | **Cash on hand** | **Pre-petition** | **$106.20** | **Cumulative** | |
| 10 | | 3/1/11 to 3/31/11 | $106.20 | $106.20 | |
| 11 | | 4/1/11 to 4/30/11 | $32,717.67 | $32,717.67 | |
| 12 | | 5/1/11 to 5/31/11 | $18,518.71 | $50,270.06 | |
| 13 | | 6/1/11 to 6/30/11 | $17,178.22 | $68,677.61 | |
| 14 | | 7/1/11 to 7/31/11 | $26,067.26 | $94,903.65 | |
| 15 | | 8/1/11 to 8/31/11 | $25,732.67 | $118,740.83 | |
| 16 | | | | | |
| 17 | **Summary of Ending Balance showing Receipts net of Disbursements** | | | | |
| 18 | | 3/1/11 to 3/31/11 | $106.20 | | |
| 19 | | 4/1/11 to 4/30/11 | $966.02 | | |
| 20 | | 5/1/11 to 5/31/11 | -$1,229.25 | | |
| 21 | | 6/1/11 to 6/30/11 | -$158.78 | | |
| 22 | | 7/1/11 to 7/31/11 | $1,895.49 | | |
| 23 | | 8/1/11 to 8/31/11 | $2,427.94 | | |