```
Label Matrix for local noticing          ABC Fire Equipment Corp                  ASAP
113A-9                                   5370 Jaeger Rd.                          5377 McIntosh Road
Case 9:11-bk-06053-JPH                   Naples, FL 34109-5803                    Sarasota, FL 34233-3455
Middle District of Florida
Ft. Myers
Wed Sep 14 15:30:04 EDT 2011

Allied Engineering & Testing             Aspen Publishers, Inc.                   Barclay Consulting
5850 Corporation Circle                  4829 Innovation Way                      91 Vivante
Fort Myers, FL 33905-5026                Chicago, IL 60682-0048                   Punta Gorda, FL 33950-2041



Becker & Poliakoff                       Becker & Poliakoff, PA                   Benchmark EnviroAnalytical
Six Mile Corporate Park                  c/o Lisa M. Castellano, Esq              1711 12th Street East
12140 Carissa Commerce Ct.               311 Park Place Blvd.                     Palmetto, FL 34221-6461
Suite 200                                Ste. 250
Fort Myers, FL 33966-5313                Clearwater, FL 33759-3977

Steven M Berman                          Bermont Partners                         Berntsson Ittersagen et al
Shumaker, Loop & Kendrick, LLP           1133 Bal Harbor Blvd.                    8401 Murdoc Circle, Ste C
101 E. Kennedy Blvd., Suite 2800         Punta Gorda, FL 33950-6577               Port Charlotte, FL 33948
Tampa, FL 33602-5153


Berntsson, Ittersagen, Gunderson, Waksle Bills Bottled Water Service              Brad Bishop
18401 Murdock Circle                     P.O. Box 494527                          Farr Law Firm
Suite C                                  Port Charlotte, FL 33949-4527            c/o/ Roger H. Miller III, Esq.
Port Charlotte, FL 33948-1026                                                     99 Nesbit Street
                                                                                  Punta Gorda, FL 33950-3636

Brad Bishop                              Brad Bishop                              Lisa Bishop
Trustee for Brad Bishop Profit Sharing   and Lisa Bishop, Co-Trustees             Trustee for Lisa Bishop Profit Sharing
c/o Roger H. Miller III, Esq.            Bishop Family Revocable Trust            c/o Roger H. Miller III, Esq.
99 Nesbit Street                         Roger H. Miller III, Esq.                99 Nesbit Street
Punta Gorda, FL 33950-3636               99 Nesbit Street                         Punt Gorda, FL 33950-3636
                                         Punta Gorda, FL 33950-3636

Blue Goose Growers                       Boulevard Tire Center                    Brad Bishop
P.O. Box 14709                           5178 Duncan Road                         C/O Roger H. Miller III, Esq.
16050 West Orange Ave.                   Punta Gorda, FL 33982-1728               99 Nesbit Street
Fort Pierce, FL 34945-4233                                                        Punta Gorda, FL 33950-3636


Brad Bishop and Lisa Bishop Co-Trustees of t   Brad Bishop as Trustee of the Brad Bishop Pr   Bridgefield Employers Ins Co
C/O Roger H. Miller III, Esq.            C/O Roger H. Miller III, Esq.            P.O. Drawer 988
99 Nesbit Street                         99 Nesbit Street                         Lakeland, FL 33802-0988
Punta Gorda, FL 33950-3636               Punta Gorda, FL 33950-3636



CHARLOTTE COUNTY TAX COLLECTOR           (p)US BANK                               Lisa M Castellano
VICKIE L POTTS                           PO BOX 5229                              Becker & Poliakoff
18500 MURDOCK CIRCLE                     CINCINNATI OH 45201-5229                 Park Place
PORT CHARLOTTE FL 33948-1068                                                      311 Park Place Boulevard, Suite 250
                                                                                  Clearwater, FL 33759-3977

Century Link Business                    Charles A. Robinson Living Trust dated May 1   Cred Leasing Corp of Florida
P.O. Box 4065                            c/o Andrew C. Ozete                      P.O. Box 116
Monroe, LA 71211-4065                    Bamberger, Foreman, Oswald & Hahn, LLP   Boynton Beach, FL 33425-0116
                                         P O Box  657
                                         Evansville, IN 47704-0657
```

| | | |
|---|---|---|
| Credential Leasing Corp.<br>of Florida, Inc.<br>P.O. Box 116<br>Boynton Beach, FL 33425-0116 | Crosland Joiner et al<br>4161 Tamiami Trail, #501<br>Port Charlotte, FL 33952-9283 | David K. Oaks, Esq.<br>407 E. Marion Ave., Ste 101<br>Punta Gorda, FL 33950-3801 |
| Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399 0648 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | EQ Florida, Inc.<br>dba CenturyLink  fdba Embarq<br>c/o Rex D. Rainach, APLC<br>3622 Government Street<br>Baton Rouge, LA  70806-5720 |
| Ronald M Emanuel<br>Ronald M Emanuel PA<br>8751 West Broward Blvd, Suite 100<br>Plantation, FL 33324-2630 | First Central Mortgage Funding, Inc.<br>c/o Michael Weisz, Esq.<br>Berger Singerman<br>200 S. Biscayne Blvd., Ste. 100<br>Miami, FL 33131-2368 | Florida Department of Revenu<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0125 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Power and Lights<br>P.O. Box 025576<br>Miami, FL 33102-5576 | GCR Tire Center<br>4741 Laredo Ave.<br>Fort Myers, FL 33905-4935 | Gator Petroleum<br>525 Nesbit Street<br>Punta Gorda, FL 33950-4936 |
| Gillott Appraisal Services<br>3136 Windmoor Drive N.<br>Palm Harbor, FL 34685-1741 | Jeffery P. Hopkins<br>Tampa | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J H Williams Oil Co.<br>P.O. Box 439<br>Tampa, FL 33601-0439 | J W Craft, Inc.<br>4329 Enterprise Ave.<br>Naples, FL 34104-7010 |
| J. Glenn Robinson, Successor Trustee of the<br>c/o Albert J. Tiseo, Jr., Esq.<br>701 JC Center Court, Suite 3<br>Port Charlotte, FL 33954-2826 | J. Glenn Robinson, Successor Trustee of the<br>P O Box 5269<br>Evansville, IN 47716-5269 | J. Glenn Robinson, Trustee of the C.A. Robin<br>Living Trust, dated May, 1991<br>c/o Richard Johnston, Jr.<br>Fowler White Boggs, P.A.<br>P.O. Box 1567<br>Fort Myers, FL 33902-1567 |
| J. Steven Wilke<br>US Dept. of Justice<br>Office of the US Trustee<br>501 E. Polk Street, Sutie 1200<br>Tampa, FL 33602-3949 | J.H. Williams OIl Company, Inc.<br>Barnett Bolt Kirkwood Long & McBride<br>c/o Scott Stigall, Esq.<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606-2756 | J.H. Williams Oil Company, Inc.<br>c/o Scott Stigall, Esq.<br>601 Bayshore Blvd.<br>Suite 700<br>Tampa, FL 33606-2756 |
| J.H. Williams Oil Company, Inc.<br>c/o Scott Stigall, Esq.<br>601 Bayshore Blvd.<br>Suite 700<br>Tampa, Florida 33606-2756 | Jennifer Hutchens<br>c/o Michael Wiesz, Esq.<br>Berger Singerman<br>200 S. Biscayne Blvd., Ste. 100<br>Miami, FL 33131-2368 | Richard Johnston Jr<br>Fowler, White, Boggs, P.A.<br>Post Office Box 1567<br>Fort Myers, FL 33902-1567 |

| | | |
|---|---|---|
| Kelly Tractor<br>P.O. Box 918579<br>Orlando, FL 32891-0001 | Komatsu Financial Limited Partnership<br>c/o Randall P. Mueller, Esq.<br>Carey, O'Malley, Whitaker & Mueller, PA<br>712 South Oregon Avenue<br>Tampa, FL 33606-2516 | Jeffrey W. Leasure<br>Jeffrey W. Leasure, PA<br>P O Box 61169<br>Fort Myers, FL 33906-1169 |
| Liberty Bank<br>2370 Vanderbuilt Beach Rd.<br>Naples, FL 34109-2652 | Liberty Bank, FSB<br>c/o Theodore R. Walters, Esq.<br>Cummings & Lockwood LLC<br>PO Box 413032<br>Naples, FL 34101-3032 | Liberty Bank, FSB<br>c/o Theodore R. Walters, Esq.<br>Cummings & Lockwood LLC<br>3001 Tamiami Trail North, Suite 400<br>Naples, Florida 34103-2799 |
| Lisa Bishop as Trustee of the Lisa Bishop Pr<br>C/O Roger H. Miller III, Esq.<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 | Lorenzo Tires & Repair Serv<br>1946 VeronicaS Shoemaker Blv<br>Fort Myers, FL 33916-2263 | Marshall & Curry, LLC<br>c/o Michael A. Chiantella<br>209 Nassau Street S., Suite 101<br>Venice, FL 34285-2358 |
| Mary L. Treworgy<br>C/O Roger H. Miller III, Esq.<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 | Mary Smith<br>5201 Point Road<br>Englewood, FL 34223 | Mike Trewergy<br>Farr Law, Atn Gary Kahle<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 |
| Mike Treworgy<br>C/O Roger H. Miller III, Esq.<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 | Mike Treworgy<br>Farr Law Firm<br>Attn Gary Kahle<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 | Roger H. Miller III<br>Farr Farr Emerich Hackett & Carr, PA<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 |
| Mirror Lakes V, LLC<br>Knoitte Consoer Ebelini etal<br>P.O. Box 2449<br>1625 Hendry St.<br>FL 33901-2920 | Mirror Lakes V, LLC<br>c/o Jeffrey W. Leasure, Esq.<br>P. O. Box 61169<br>Fort Myers, FL 33906-1169 | Randall P. Mueller<br>Carey O'Malley Whitaker & Mueller, PA<br>712 South Oregon Avenue<br>Tampa, FL 33606-2516 |
| Norman Yatooma & Assoc.<br>219 Elm St.<br>Birmingham, MI 48009-6341 | Nortrax Equipment Company- Southeast, L.P.<br>c/o Robert M. Coplen, P.A.<br>10225 Ulmerton Rd. 5A<br>Largo, FL 33771-3520 | Nortrax, John Deere<br>Robert M Coplen PA<br>10225 Ulmerton Rd, Ste. 5A<br>Largo, FL 33771-3520 |
| Andrew C Ozete<br>Bamberger, Foreman, Oswald & Hahn<br>PO Box 657<br>Evansville, IN 47704-0657 | Progressive Business Publica<br>370 Technology Drive<br>P.O. Box 3019<br>Malvern, PA 19355-0719 | ROBI1956, LLC<br>ROBI1956, LLC<br>P O Box 5269<br>Evansville, IN 47716-5269 |
| ROBI1956, LLC<br>P O Box 5269<br>Evansville, IN 47716-5269 | ROBI1956, LLC<br>c/o Andrew C. Ozete<br>Bamberger, Foreman, Oswald & Hahn, LLP<br>P O Box 657<br>Evansville, IN 47704-0657 | RSC Equipment Rental<br>P.O. Box 840514<br>Dallas, TX 75284-0514 |
| Robbie1956, LLC<br>c/o Altert Tiseo<br>701 JC Center Court Ste 3<br>Port Charlotte, FL 33954-2826 | Robinson Engineering<br>P.O. Box 5269<br>1410 N. Cullen Ave.<br>Evansville, IN 47715-2331 | Ronnies Mobile Repair<br>P.O. Box 511041<br>Punta Gorda, FL 33951-1041 |

Sandy Hutchens
c/o Michael Weisz, Esq.
Berger Singerman
200 S. Biscayne Blvd. Ste. 100
Miami, FL 33131-2368

South Loop, LLC
Farr Law Firm
c/o Roger H. Miller III, Esq.
99 Nesbit Street
Punta Gorda, FL 33950-3636

South Loop, LLC
c/o Roger H. Miller III, Esq.
99 Nesbit Street
Punta Gorda, FL 33950-3636

Scott Stigall
Barnett, Bolt, Kirkwood & Long
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606-2756

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Sunray Construction Notices
2229 Soundings Court West
West Palm Beach, FL 33413-2048

The Estate of Charles A. Robinson
c/o Andrew C. Ozete
Bamberger, Foreman, Oswald & Hahn, LLP
P O Box 657
Evansville, IN 47704-0657

Albert J Tiseo Jr
Goldman Tiseo & Sturges PA
701 JC Center Court
Suite 3
Port Charlotte, FL 33954-2826

Joel S Treuhaft
2997 ALT 19 STE B
Palm Harbor, FL 34683-1907

Mike Trewergy
Farr Law Firm
c/o Roger H. Miller III, Esq.
99 Nesbit Street
Punta Gorda, FL 33950-3636

Mary Treworgy
Farr Law Firm
C/o Roger H. Miller III, Esq.
99 Nesbit Street
Punta Gorda, FL 33950-3636

United States Trustee
501 E Polk Street, Suite 1200
Tampa, Florida 33602-3945

United States Trustee - FTM
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602-3949

Ursine Capital LLC
c/o Michael Chiantella
209 Nassau St. S., Ste. 101
Venice, FL 34285-2358

Ursine Capital, LLC
209 Nassau Street S.
Suite 101
Venice, FL 34285-2358

Vickie L Potts
18500 Murdock Circle
Port Charlotte, FL 33948-1068

Theodore R Walters
Cummings & Lockwood, LLC
PO Box 413032
3001 Tamiami Trail North, Suite 400
Naples, FL 34103-2799

Washington Loop, LLC, a Limited Liability Co
37894 Washington Loop Road
Punta Gorda, FL 33982

Waste Management
2625 W. Grandview Rd. Ste. 150
Phoenix, AZ 85023-3113

Waste Management
Charlotte County
P.O. Box 105453
Atlanta, GA 30348-5453

Wells Fargo Equip Finance
733 Marquette Ave
Suite 700
Minneapolis, MN 55402-2316

Wells Fargo Equipment Finance, Inc.
Ronald M. Emanuel, P.A.
8751 West Broward Blvd., Suite 100
Plantation, FL 33324-2630

Wells Fargo Equipment Finance, Inc.
c/o Ronald M. Emanuel, P.A.
8751 West Broward Blvd., Suite 100
Plantation, FL 33324-2630

J Steven Wilkes
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602-3949

Wilkins Frohlich, PA
18501 Murdock Cr., 6th Fl
Port Charlotte, FL 33948-1039

Wilson Miller, Inc.
P.O. Box 409756
Atlanta, GA 30384-9756

Wolters Kluwer Law
4829 Innovation Way
Chicago, IL 60682-0048

Hugo S deBeaubien
Shumaker, Loop & Kendrick LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5153

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Becker & Poliakoff, PA
c/o Lisa M Castellano, Esq.
311 Park Place Blvd. Ste. 250
Clearwater, FL 33759-3977

(d)Becker & Poliakoff, PA
c/o Lisa M. Castellano, Esq
311 Park Place Blvd.
Ste. 250
Clearwater, FL 33759-3977

(u)Mirror Lakes V, LLC


(d)ROBI1956, LLC
c/o Andrew C. Ozete
Bamberger, Foreman, Oswald & Hahn, LLP
P.O. Box 657
Evansville, IN 47704-0657

(d)Wells Fargo Equip Finance
733 Marquette Ave., Ste 700
Minneapolis, MN 55402-2316

End of Label Matrix
Mailable recipients    117
Bypassed recipients      5
Total                  122