# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In re:

WASHINGTON LOOP, LLC            Case No.: 9:11-bk-06053-JPH
                                                                        Chapter 11 Case

     Debtor.
_____/

## ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

     THIS CASE comes before this Court for hearing on September 15, 2011 at 9:00 a.m., to consider ROBI1956, LLC's Motion to Dismiss Case for Failure to File Documents under Section 521(i) (Doc. 62), ROBI1956, LLC's Motion to Convert Case to Chapter 7 (Doc. 66), the United States Trustee's Motion to Convert Case to Chapter 7 (Doc. 115), J. Glenn Robinson, as Successor Trustee of the Charles A. Robinson Living Trust, Dated May 19, 1991's Joinder in United States Trustee's Motion to Dismiss or Convert (Doc. 120). Upon a review of the record, motions and this Court having heard argument from counsel for the Debtor, counsel for the United States Trustee, counsel for ROBI1956, LLC, counsel for Mirror Lakes V, LLC, counsel for J. Glenn Robinson, Successor Trustee to the Charles A. Robinson Living Trust, Dated May 19 1991, and counsel for Liberty Bank, this Court having reviewed the above-described Motions and requested relief, finds and concludes cause exists under Section 1112(b) to either convert or dismiss this case. In accordance with Section 1104(a)(3), this Court determines, upon the consent of all parties present, that the appointment of a chapter 11 trustee serves the best interests of the creditors and the bankruptcy estate.

     Accordingly, for the reasons stated upon the record in open court and for good cause found; **IT IS ORDERED** as follows:

1

1. Having found grounds existing for the conversion or dismissal of this Chapter 11 case under Section 1112(b), title 11, United States Code; and having determined the appointment of a Chapter 11 Trustee is in the best interests of the creditors and the bankruptcy estate; the United States Trustee for Region 21 is hereby AUTHORIZED and DIRECTED to forthwith Appoint a Chapter 11 Trustee for the Debtor who will exercise the duties and responsibilities proscribed by 11 U.S.C. 1106(a) and as may be directed by this Court.

2. The relief requested in the Motion to Dismiss Case for Failure to File Documents under Section 521(i), (Doc. 62), filed by ROBI1956, L.L.C., be and is hereby denied without prejudice as MOOT.

3. The relief requested in the Motion to Convert Case to Chapter 7, (Doc. 66), filed by ROBI1956, L.L.C., be and is hereby denied without prejudice as MOOT.

4. The relief requested in the Motion to Convert Case to Chapter 7, (Doc. 115), filed by the United States Trustee, together with the Joinder, (Doc. 120), filed by J. Glenn Robinson, as Successor Trustee of the Charles A. Robinson Living Trust, Dated May 19, 1991, be and are hereby without prejudice denied as MOOT.

5. Nothing in this Order, including but not limited to the appointment of the Chapter 11 Trustee, shall alter the ability of the Debtor and related holders of mining permits to fulfill and comply with all operational and administrative obligations they may owe to various agencies. Similarly, nothing in this Order alters the abilities of such permitees to ensure the Debtor's mining activities will continue to be undertaken in accordance with the terms and conditions of the applicable permits. Finally, nothing in this Order shall alter the Debtor's control of the permit project areas adequate to comply with all such permit conditions.

6. The Chapter 11 Trustee is hereby authorized to employ any employees of the Debtor to assist in the operations of the Debtor.

7. The Chapter 11 Trustee is hereby authorized to file such Applications to Employ appropriate professionals to assist in the administration of the Estate, including professionals previously employed by the Debtor prior to this Order. Such Applications will be considered by this Court on notice to all creditors and other parties in interest.

8. The Chapter 11 Trustee is authorized to prosecute the Amended Chapter 11 Plan of Reorganization (Doc. 105), the Amended Disclosure Statement (Doc.106) and the Motion for Authorization to Obtain Post-Petition Financing (Doc. 107) ("DIP Financing Motion") or to file new pleadings or papers addressing such issues.

9. On or before Monday, September 19, 2011, the Debtor shall circulate a proposed operating budget for the remainder of September and October, 2011.

10. On or before Friday, September 23, 2011, the Debtor's equity security holders and the Chapter 11 Trustee are hereby directed to meet and confer on the issue of funding the Debtor's cash operational needs for the months of September and October, 2011.

11. If parties can agree on appropriate post-petition financing from either the Debtor's equity security holders or third party sources, an Agreed Order shall be submitted addressing interim relief to be granted on the DIP Financing Motion.

12. If such parties cannot so agree on such issues, this Court will conduct a non-evidentiary hearing to address interim relief sought on the DIP Financing Motion on Tuesday, September 27, 2011 at 10:00am o'clock ET.

13. On October 20, 2011, at 9:00am o'clock ET, this Court will conduct a further Status Conference as well as a hearing on the Application to Employ SLK as General Counsel

for the Debtor Nunc Pro Tunc to August 9, 2011, and to Authorize Post-Petition Retainer (Doc. 83) along with any Objections thereto, Motion for Authorization to Obtain Post-Petition Financing (Doc. 107) along with any Objections thereto and any other Motions or requests for relief timely filed by the Chapter 11 Trustee.

14. This Order shall be immediately effective upon entry and its effect will not be stayed in any manner.

DONE AND ORDERED in Chambers at Ft. Myers, Florida on September 19, 2011.

**Hon. Jeffery P. Hopkins**
**United States Bankruptcy Judge**

**Copies furnished to:**
**Washington Loop, LLC,** c/o Lovina Lehr, 37894 Washington Loop Road, Punta Gorda, Florida 33955
**Steven M. Berman, Esq.,** 101 E. Kennedy Blvd, Suite 2800, Tampa, Florida 33602
**Andrew Ozete, Esq.,** 20 N.W. 4th Street, PO Box 657, Evansville, IN 47704
**AlbertTiseo, Esq.,** 701 JC Center Court, Suite 3, Port Charlotte, Florida 33954
**Jeffrey Leasure, Esq.,** P.O. Box 61169, Fort Myers, Florida 33906
**J. Steven Wilkes, Esq.,** 501 E. Polk St, Suite 1200, Tampa, FL 33602
**Richard Johnston, Esq.,** 2235 First Street ,Fort Myers, Florida 33901
**Joel Treuhaft, Esq.,** 2997 Alternate U.S. 19, Suite B, Palm Harbor, Florida 34683
**Ted Walters, Esq.,** 3001 Tamiami Trail North, Suite 400, Naples, FL 34103
**Roger Miller, Esq.,** 99 Nesbit Street, Punta Gorda, Fl 33950
**CM/ECF Users**