**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

WASHINGTON LOOP, LLC	Case No.: 9:11-bk-06053-JPH
	Chapter 11 Case

    Debtor.	Final Evidentiary Hearing Scheduled
_____/	September 29, 2011 at 3:00 ET

## INTERIM ORDER ON MOTION FOR AUTHORIZATION TO OBTAIN POST-PETITION FINANCING (DOC. 107)

This matter came on for a preliminary hearing on September 27, 2011, upon the Debtor's Motion for Authorization to Obtain Post-Petition Financing (Doc 107)("Motion") as well as both the Objection to Debtor's Motion for Authority to Obtain Post-Petition Financing filed by the Charles A. Robinson Living Trust dated May 1991 ("Robinson Trust") (Doc. 122) ("Robinson Objection") and the Objection to Debtor's Motion for Authority to Obtain Post-Petition Financing filed by ROBI1956, LLC ("ROBI") ("ROBI Objection") (Doc. 145), this Court having heard argument from Louis X. Amato, the Chapter 11 Trustee ("Trustee"), counsel for the Trustee, counsel for the Robinson Trust, counsel for ROBI, counsel for Liberty Bank, FSB, counsel for Mirror Lakes V, LLC, counsel for South Loop, LLC, Michael and Mary Treworgy, Brad and Lisa Bishop and the Treworgy and Bishop Trusts, counsel for Komatsu Financial Limited Partnership and counsel for the Office of the United States Trustee, this Court having reviewed the Declarations of the Trustee, Lovina Lehr, John Gillott and Marvin Blethin, the Court having learned of the offers to reduce the interest rate on the financing proposed by Davis Capital, LLC, the offer of the Robinson Trust to either make a capital contribution or post-petition financing and the recent offer of EFO Financial Group, LLC to extend post-petition

1

financing, and the Court being otherwise fully advised in the premises, for the reasons stated orally in open court which shall constitute the record of this Court, it is hereby

ORDERED as follows:

1. The relief originally sought in the Motion, to the extent sought to authorize post-petition financing pursuant to 11 U.S.C. §§364(c)(1) and (d)(1), is hereby disapproved and the Motion, to that extent, is denied without prejudice.

2. The Motion, as amended *ore tenus*, to the extent sought to authorize the Robinson Estate to meet the Debtor's interim cash needs through the advance of a capital contribution in the amount of $308,394.63 ("Capital Contribution"), is hereby approved contingent on the condition subsequent of this Court's approval of the capital structure as is set forth in the September 21, 2011 Equity Security Interest Member Contribution Summary prepared by Charles and Company, LLC ("Equity Summary") which will be filed forthwith by the Trustee.

3. Any equity security holder, creditor or other party in interest may file an objection to the Equity Summary, specifying the legal and factual basis for the objection to the capital structure, on or before September 29, 2011 at 2:00pm ET and the time to object to the reflection of the equity security interest ownership as set forth in the Equity Summary is hereby shortened to such deadline consistent with Rules 3002(c), 3003, 3004, 3013 and 9006(c) of the Federal Rules of Bankruptcy Procedure, and with the Court's inherent power pursuant to 11 U.S.C. §105(a).

4. If any such objection(s) is filed with respect to the Equity Summary, this Court will conduct a Final Evidentiary Hearing on: (i) such objection to settle the relative ownership interests of the Debtor's equity security holders and (ii) to address the condition subsequent to the capital contribution described in paragraph 2 above, on September 29, 2011 at 3:00 ET at the

Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Fifth Floor Training Room Tampa, FL 33602.

5. If no such objection(s) are filed with respect to the Equity Summary, this Court hereby approves the Equity Summary as accurately describing the positions of the Debtor's equity security holders and consequently, the condition subsequent to the Robinson Trust's funding the Capital Contribution will be met without further order of this Court.

**DONE AND ORDERED** in Chambers in Tampa, Florida on September 27, 2011 .

_____
Hon. Jeffrey P. Hopkins
United States Bankruptcy Judge

Copies furnished to:

**Washington Loop, LLC**, 1133 Bal Harbor, Ste 1139, Punta Gorda, Florida 33950
**Steven M. Berman, Esq.,** 101 E. Kennedy Blvd, Suite 2800, Tampa, Florida 33602
**Joel S. Treuhaft, Esq.,** 2997 Alt. 19 Suite B, Palm Harbor, Florida 34683-1907
**Andrew Ozete, Esq.,** 20 N.W. 4th Street, P.O. Box 657, Evansville, IN 47704
**AlbertTiseo, Esq.,** 701 JC Center Court, Suite 3, Port Charlotte, Florida 33954
**Jeffrey Leasure, Esq.,** P.O. Box 61169, Fort Myers, Florida 33906
**J. Steven Wilkes, Esq.,** 501 E. Polk St, Suite 1200, Tampa, FL 33602
**Richard Johnston, Esq.**, 2235 First Street ,Fort Myers, Florida 33901
**Joel Treuhaft, Esq.,** 2997 Alternate U.S. 19, Suite B, Palm Harbor, Florida 34683
**Ted Walters, Esq.**, 3001 Tamiami Trail North, Suite 400, Naples, FL 34103
**Roger Miller, Esq.**, 99 Nesbit Street, Punta Gorda, Fl 33950
**Robert Vaughn, Esq.,** 2080 Collier Ave, Fort Myers, Florida 33901