UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re: Case No. 9:11−bk−06053−JPH
Chapter 11

Washington Loop, LLC, a Limited Liability Company
37894 Washington Loop Road
Punta Gorda, FL 33955

_____ Debtors*_____/

NOTICE OF RESCHEDULED HEARING
(Amended Disclosure Statement)

   Be advised that the previous hearing regarding Amended Disclosure Statement , originally scheduled for October 20, 2011 has been rescheduled and will be heard on October 19, 2011 at 10:00 AM before the Honorable Jeffery P. Hopkins , United States Bankruptcy Judge, in Ft. Myers, FL – Room 4−117, Courtroom E, United States Courthouse, 2110 First Street .

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on September 28, 2011

                                    FOR THE COURT
                                    Lee Ann Bennett , Clerk of Court

                                    801 N. Florida Ave. Suite 555
                                    Tampa, FL 33602−3899

   *All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.