**[8NPH11]** [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                          Case No. 9:11–bk–06053–JPH
                                                                               Chapter 11

Washington Loop, LLC, a Limited Liability Company
37894 Washington Loop Road
Punta Gorda, FL 33955

_____Debtor\*_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN THAT:

   A preliminary hearing will be held in, Room 4–117, Courtroom E, United States Courthouse, 2110 First St., Fort Myers, FL 33901 on October 19, 2011 at 10:00 AM before the Honorable Jeffery P. Hopkins , United States Bankruptcy Judge, to consider and act upon the following matter(s):

   Expedited Motion to Correct Amended Interim Order on Motion to Obtain Post–Petition Financing(doc. #169)

<u>Appropriate Attire.</u> You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints.</u> You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

                                          FOR THE COURT
DATED: October 7, 2011         Lee Ann Bennett , Clerk of Court
                                          801 N. Florida Ave. Suite 555
                                          Tampa, FL 33602–3899

\*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.