UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

**WASHINGTON LOOP, LLC**           Case No. 9:11-BK-06053-JPH
                                                    Chapter 11
**Debtor**

## LIMITED OBJECTION TO DISCLOSURE STATEMENT

Comes now ROBI1956, LLC ("ROBI"), and objects on a limited basis to the Amended Disclosure Statement filed herein [Docket No. 106] (the "Disclosure Statement") and in support thereof would show unto the Court as follows:

1. Based upon the limited information developed by the Chapter 11 Trustee, ROBI objects to the suggestion in the Disclosure Statement that the Debtor will incur additional post petition debt.

2. ROBI would require additional information on the proposed manager of the Debtors' business operations described in Section II F of the Disclosure Statement.

3. ROBI's treatment as a secured creditor is not proper under IN RE: Till.

4. ROBI objects to the means of implementing the Plan in Section III B of the Disclosure Statement in that there is no operating history with income and expense analysis that would show that the Plan is feasible. Also no facts are disclosed regarding the experience of the proposed manager.

5. There is no historical data provided showing the operational experience of the Debtor over the past three years so that an informed analysis of the operating pro forma shown in Exhibit E to the Disclosure Statement can be sufficiently analyzed.

4. ROBI files this objection out an abundance of caution to preserve its rights. The Chapter 11 Trustee has agreed to supply the missing information and other information identified by ROBI and its affiliates so that the Debtor's business operations and the Plan can be analyzed, and ROBI anticipates that the information will be forthcoming. This Limited Objection is filed only to prevent lapse of the objection deadline.

**WHEREFORE,** ROBI hereby prays that the Court not approve the Disclosure Statement as presented.

/s/ Andrew C. Ozete
Andrew C. Ozete            Indiana Bar #19512-82
BAMBERGER, FOREMAN, OSWALD & HAHN, LLP
    20 NW Fourth Street, Suite 708
    Post Office Box 657
    Evansville, IN  47704-0657
    Telephone: 812/425-1591
    ATTORNEYS FOR CREDITOR, ROBI1956, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by all parties appearing via CM/ECF, this 12th day of October, 2011.

/s/ Andrew C. Ozete

L:\LIB\DOCS\58498\PLEADING\WD8358.DOC