

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/19/2011 10:00 AM

COURTROOM Room 4-117

**HONORABLE JEFFERY HOPKINS**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 9:11-bk-06053-JPH   11 | 03/31/2011 |

Chapter 11

**DEBTOR:** Washington Loop, LLC, a Limited Liability Company

**DEBTOR ATTY:** Hugo deBeaubien

**TRUSTEE:** Louis Amato, Chapter 11 Trustee

**HEARING:**

*(1) continued hearing on debtor's application to employ steve berman as counsel of record (doc. #83); objection by robi1956, llc (doc. #90); objection by mirror lakes v, llc (doc. #102); objection by liberty bank (doc. #118); objection by glenn johnson (doc. #121)
*(2) hearing to consider approval of amended disclosure statement (doc. #106); Limited Objection by J. Glenn Robinson, Successor Trustee of the Charles A. Robinson Living Trust Dated May 19, 1991 (Doc #187); Limited Objection by ROBI1956, LLC (Doc #188); Limited Objection by Brad Bishop, et al (Doc #189)
(3) Chapter 11 Trustee's Expedited Motion to Correct Amended Interim Order on Motion to Obtain Post-Petition Financing (Doc #169)
(4) Amended List of Equity Security Holders   Filed by Steven M Berman on behalf of Trustee Louis X. Amato.   ( Doc #147); Objection to   Amended List of Equity Security Holders, and (2) Proof of Equity Interests Filed   on behalf of Interested Parties Daniel Charles Beaudoin, Michael H Beaudoin ( Doc #179); Objection to Amended List of Equity Security Holders Filed   on behalf of Creditor J. Glenn Robinson, Successor Trustee of the Charles A. Robinson Living Trust Dated May 19, 1991 (Doc #174)
*(5) Emergency Application to Employ Rock Enterprises Inc. as Engineering Consultant (Doc #183)

**APPEARANCES::**
Joel Treuhaft; J. Steven Wilkes; Richard Johnston, Jr.; Jeff Leasure; Theodore Walters; Albert Tiseo; Steve Berman; Louis X. Amato
**RULING:**
*(1) continued hearing on debtor's application to employ steve berman as counsel of record (doc. #83); objection by robi1956, llc (doc. #90); objection by mirror lakes v, llc (doc. #102); objection by liberty bank (doc. #118); objection by glenn johnson (doc. #121):   Objections to be withdrawn.   Employment approved.   Mr. Berman to file fee application for limited period.   Order by Berman; (2) hearing to consider approval of amended disclosure statement (doc. #106); Limited Objection by J. Glenn Robinson, Successor Trustee of the Charles A. Robinson Living Trust Dated May 19, 1991 (Doc #187); Limited Objection by ROBI1956, LLC

(Doc #188); Limited Objection by Brad Bishop, et al (Doc #189):   Record voting date 21 days after entry of order.   Amended disclosure statement to be filed by Trustee.   14 days after filing of amended disclosure statement for objections.   Combined hearing to consider final approval of disclosure statement and confirmation to be scheduled.   Order by Berman; (3) Chapter 11 Trustee's Expedited Motion to Correct Amended Interim Order on Motion to Obtain Post-Petition Financing (Doc #169): Granted - Order by Berman; (4) Objection to   Amended List of Equity Security Holders, and (2) Proof of Equity Interests Filed   on behalf of Interested Parties Daniel Charles Beaudoin, Michael H Beaudoin ( Doc #179); Objection to Amended List of Equity Security Holders Filed   on behalf of Creditor J. Glenn Robinson, Successor Trustee of the Charles A. Robinson Living Trust Dated May 19, 1991 (Doc #174): Under Advisement.   Briefs due by October 28, 2011 with 7 day reply time; (5) Emergency Application to Employ Rock Enterprises Inc. as Engineering Consultant (Doc #183): Approved nunc pro tunc to October 5, 2011 - Order by Berman

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>